# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIM. NO. 21-CR-491 (CCC) |
| | * |
| JULIAN BRITO SANCHEZ | * |
| | * |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓]  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]  That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1) Inability to conduct in-person hearings for indefinite period; 2) consent of Defendant and Defendant's desire to proceed at this time; and 3) to permit the United States to obtain a resolution of the case.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]  Other:

Date:   January 20, 2022

Honorable Claire C. Cecchi
United States District Judge